UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PREMIER INPATIENT PARTNERS LLC,
(J.M.),

    Plaintiff,

v.                                        Case No: 8:18-cv-2014-T-36AEP

AETNA HEALTH AND LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## **O R D E R**

This cause is before the Court upon review of the file. The instant case raises common questions of fact or law and is related to the case of *Premier Inpatient Partners, LLC v. Aetna Health and Life Insurance Company,* Case No. 8:18-cv-619-T-35AAS. In order to conserve resources and avoid the duplication of judicial labor, this case will be transferred to United States District Judge Mary S. Scriven, Tampa Division, with her consent.

Accordingly, it is now **ORDERED:**

1. Pursuant to Local Rule 1.04(b), this case is hereby **TRANSFERRED** to United States District Judge Mary S. Scriven, Tampa Division, for all further proceedings.

2. The Clerk is hereby directed to **transfer** this case to District Judge Mary S. Scriven, Tampa Division.

**DONE AND ORDERED** in Tampa, Florida on August 27, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Hon. Mary S. Scriven
Counsel of Record